1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   VESTER L. PATTERSON,                         1:15-cv-00172-BAM (PC)

12                 Plaintiff,

13        v.                                       ORDER TRANSFERRING CASE TO THE
                                                   SACRAMENTO DIVISION OF THE
14   JEFFERY BEARD, et al.,                        EASTERN DISTRICT OF CALIFORNIA

15                 Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42

18   U.S.C. §1983, along with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

19        In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged

20   violations took place in Amador County, which is part of the Sacramento Division of the United

21   States District Court for the Eastern District of California. Therefore, the complaint should have

22   been filed in the Sacramento Division.

23        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

24   court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

25   will be transferred to the Sacramento Division.  This court will not rule on plaintiff's request to

26   proceed in forma pauperis.

27        Good cause appearing, IT IS HEREBY ORDERED that:

28        1.  This action is transferred to the United States District Court for the Eastern District of

                                                1

1   California sitting in Sacramento; and

2       2.  All future filings shall refer to the new Sacramento case number assigned and shall be

3   filed at:

4                           United States District Court
                        Eastern District of California

5                           501 "I" Street, Suite 4-200
                        Sacramento, CA 95814

6

7       3.  This court has not ruled on plaintiff's request to proceed in forma pauperis.

8   IT IS SO ORDERED.

9

10      Dated:   **February 4, 2015**            /s/ *Barbara A. McAuliffe*    _
                                          UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28